IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Noerenberg, Dan T

Printed: 10/23/07

Case Number: 05 B 33070
Judge: Wedoff, Eugene R
Filed: 8/20/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Completed: October 5, 2007
Confirmed: January 5, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 78,196.71 |  |
| Secured: |  | 24,523.46 |
| Unsecured: |  | 33,555.56 |
| Priority: |  | 8,781.61 |
| Administrative: |  | 5,242.30 |
| Trustee Fee: |  | 4,059.75 |
| Other Funds: |  | 2,034.03 |
| Totals: | 78,196.71 | 78,196.71 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Forrest L Ingram | Administrative | 5,242.30 | 5,242.30 |
| 2. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 3. | CitiFinancial Mortgage | Secured | 0.00 | 0.00 |
| 4. | Litton Loan Servicing | Secured | 32,512.00 | 7,067.42 |
| 5. | Kane County Collector | Secured | 7,631.19 | 7,631.19 |
| 6. | Oxford Bank & Trust | Secured | 4,980.00 | 4,980.00 |
| 7. | Citibank | Secured | 4,844.85 | 4,844.85 |
| 8. | Cook County Treasurer | Secured | 5,892.11 | 0.00 |
| 9. | Internal Revenue Service | Priority | 6,978.47 | 0.00 |
| 10. | Internal Revenue Service | Priority | 46,978.47 | 0.00 |
| 11. | Illinois Dept of Revenue | Priority | 5,771.17 | 5,771.17 |
| 12. | Internal Revenue Service | Priority | 3,010.44 | 3,010.44 |
| 13. | Internal Revenue Service | Priority | 46,978.47 | 0.00 |
| 14. | Ray Noerenberg | Unsecured | 0.00 | 0.00 |
| 15. | Resurgent Capital Services | Unsecured | 2,720.84 | 2,720.84 |
| 16. | Internal Revenue Service | Unsecured | 14,146.33 | 14,146.33 |
| 17. | Internal Revenue Service | Unsecured | 15,570.04 | 0.00 |
| 18. | ECast Settlement Corp | Unsecured | 618.31 | 618.31 |
| 19. | RoundUp Funding LLC | Unsecured | 848.07 | 848.07 |
| 20. | Internal Revenue Service | Unsecured | 18,718.26 | 0.00 |
| 21. | Internal Revenue Service | Unsecured | 15,570.04 | 0.00 |
| 22. | Resurgent Capital Services | Unsecured | 15,222.01 | 15,222.01 |
| 23. | Darling Noerenberg | Unsecured |  | No Claim Filed |
| 24. | Illinois Dept of Revenue | Unsecured |  | No Claim Filed |
| 25. | Citibank | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Noerenberg, Dan T

Printed: 10/23/07

Case Number: 05 B 33070
Judge: Wedoff, Eugene R
Filed: 8/20/05

| | | | | |
|---|---|---|---|---|
| 26. | Ray Noerenberg | Unsecured | | No Claim Filed |
| 27. | Central DuPage Hospital | Unsecured | | No Claim Filed |
| 28. | Capital One | Unsecured | | No Claim Filed |

$ 254,233.37          $ 72,102.93

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 397.02 |
| 5% | 117.49 |
| 4.8% | 406.81 |
| 5.4% | 3,138.43 |
| | $ 4,059.75 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_